

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICHOLAS J. BONACCI, | § | |
| | | No. 08-11-00255-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 388th District Court |
| | § | |
| MYRIAM BARRAGAN BONACCI, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2010CM3807) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER, 2013.

GUADALUPE RIVERA, Justice

Before Rivera, J., Antcliff, J., and Chew, C.J. (Senior Judge)
Antcliff, J., not participating
Chew, C.J. (Senior Judge), sitting by assignment